FILED: July 2, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1463
(3:13-cv-27455)

_____

LINDA LIEVING

      Plaintiff - Appellant

v.

PLEASANT VALLEY HOSPITAL, INC.; THOMAS SCHAUER

      Defendants - Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 08/04/2015

Opening brief due: 08/04/2015

Response brief due: 09/08/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk